

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00442-CR

Gilberto Ozuna **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11608
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 27, 2018.

_____
Irene Rios, Justice